IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JIMITA RACHEL DIXON, | ) | |
| Plaintiff, | ) | Civil Action No. 23-145 Erie |
| v. | ) | |
| | ) | |
| GINA SEMINO, et al., | ) | District Judge Susan Paradise Baxter |
| Defendants. | ) | Chief Magistrate Judge Richard Lanzillo |

## MEMORANDUM ORDER

Plaintiff Jimita Rachel Dixon, a former inmate at the Erie County Prison in Erie, Pennsylvania ("ECP"), commenced this action by filing a *pro se* civil rights complaint on May 15, 2023, against several staff members at ECP. This matter was referred to Chief United States Magistrate Judge Richard A. Lanzillo for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

In her "complaint," Plaintiff makes several nonsensical allegations regarding an incident that allegedly occurred in 2009. Among her allegations, Plaintiff claims that a former ECP guard named Jody Winder told her ex-husband that she had scrap metal in her brain and showed him "a robot with a rope around the neck that had notes stuck to it that meant he was going to make me DUMB in the next 5 years from 2009 and had a boombox he was using to take head beats from my head." (ECF No. 1, at ¶ 8). Plaintiff subsequently filed a motion to amend her complaint, with an attached proposed amendment alleging, *inter alia*, that two ECP guards approached her on May 19, 2023, and she "felt like metal was being released in my body almost as if she allowed herself to be a human symbol to verbalize what she wanted me to feel or go through,"

1

and that, on May 21, 2023, one of the Defendants used telepathy to send hypnosis into her stomach and "slammed things" to send her subliminal messages.

On November 30, 2023, Judge Lanzillo issued a report and recommendation ("R&R") recommending that this action be dismissed as legally frivolous in accordance with 28 U.S.C. § 1915(e) [ECF No. 5]. No timely objections have been filed.

After de novo review of the complaint, together with the report and recommendation, the following order is entered:

AND NOW, this 6th day of February, 2024;

IT IS HEREBY ORDERED that the report and recommendation of Chief Magistrate Judge Lanzillo, issued November 30, 2023 [ECF No. 5], is adopted as the opinion of the Court, and this case is DISMISSED as frivolous pursuant to 28 U.S.C. § 1915(e) for failure to state a claim upon which relief may be granted. The Clerk is directed to mark this case CLOSED.

SUSAN PARADISE BAXTER
United States District Judge

cc: The Honorable Richard A. Lanzillo
Chief U.S. Magistrate Judge

all parties of record